# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

WILLIAM HARRIS CAMPBELL,

    Plaintiff,

v.                                              Case No. 3:15cv466/MCR/EMT

FRIEND OF THE COURT and
BARBARA J. FRIZZELL,

    Defendants.
_____/

# **O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated January 25, 2016.  ECF No. 4.  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED** for lack of jurisdiction.

**DONE AND ORDERED** this 25th day of February 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**